UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Mark T. Svirchev ) | Case No. 03-33892 |
| Jeannie D. Svirchev, ) | Chapter 7 |
| Debtors. ) | |
| ) | |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

MCL Associates, Inc., acting as attorney-in-fact for Nike USA, Inc., dba Nike Golf, by and through its attorney, J. Baron Groshon of the Law Office of J. Baron Groshon, P.A., hereby moves the Court for an Order directing the United States Bankruptcy Court to disburse the sum of $34,905.37 from the Court's Registry Fund, payable to Nike Golf, representing unclaimed funds previously deposited with the Court.

Supported documentation attached:  __X__ Yes  _____ No

*I understand that pursuant to 11 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years, or both, if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

June 3, 2009

*(signature)*
J. Baron Groshon
N. C. State Bar # 12417
Law Office of J. Baron Groshon, P.A.
417 East Boulevard, Suite 203
Charlotte, North Carolina  28203-5163
Telephone: (704) 342-3328
Facsimile: (704) 342-3358

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                    )
                                          )
Mark T. Svirchev                          )    Case No. 03-33892
Jeannie D. Svirchev,                      )    Chapter 7
                    Debtors.              )
                                          )

NOTICE OF HEARING AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on June 25, 2009, at 9:30 a.m. in Courtroom 122 located at The Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202 to consider the Motion for Disbursement of Unclaimed Funds filed by MCL Associates, Inc., acting as attorney-in-fact for Nike USA, Inc., dba Nike Golf, by and through its attorney, J. Baron Groshon of the Law Office of J. Baron Groshon, P.A.

NOTICE IS FURTHER GIVEN to the Court that on June 3, 2009, the United States Attorney, the case trustee, and the Bankruptcy Administrator were served with a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U. S. mail.

June 3, 2009

*[signature]*
J. Baron Groshon
N. C. State Bar # 12417
Law Office of J. Baron Groshon, P.A.
417 East Boulevard, Suite 203
Charlotte, North Carolina   28203-5163
Telephone: (704) 342-3328
Facsimile: (704) 342-3358

## LIMITED POWER OF ATTORNEY FOR RECOVERY OF FUNDS

### ( FOR ONE TRANSACTION ONLY)

**Nike USA Inc. dba Nike Golf.**, does hereby appoint MCL Associates, Inc. our sole lawful attorney in fact, to seek and recover or caused to be recovered, the undistributed, unclaimed, or undelivered tenders funds of :

### Nike Golf in the amount of $34,905.37

held by any federal, provincial, state or other government entity, or any agency or subdivision thereof, hereby revoking all previous powers of attorney given for such purpose, to whomever granted.

We further grant our attorney in fact, its employees and agents, authority to do all things necessary to recover such funds as if we personally had done them ourself. However, our attorney in fact, its employees and agents may not incur any cost on our behalf, or make any expenditure on our behalf, unless such authority is given in a separate writing signed by us. All funds will be directly sent **to Nike Golf.**

This LIMITED POWER OF ATTORNEY FOR RECOVERY OF FUNDS shall expire and become void following the completion of all provisions of the agreement between the parties and shall apply to the collection of (1) item.

Signed this ___6th_____ day of ____May_____, 2009

Nike USA Inc. dba Nike Golf

Tax ID # 93-1243023

By:
David Waind
Manager Credit and Collections
Nike Golf

State of Oregon

County of Washington

On May 6th, 2009 before me__Adam White personally appeared David Waind personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Before me:_____
Notary Public

OFFICIAL SEAL
ADAM WHITE
NOTARY PUBLIC - OREGON
COMMISSION NO. 394626
MY COMMISSION EXPIRES JULY 6, 2009

My Commission expires: 7/6/09

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

In re:   Mark T. Svirchev          )
         Jeanne D. Svirchev        )
                                   )   Case No. 03-33892
                  Debtor(s)        )   Chapter: 7
                                   )

### AFFIDAVIT OF CREDITOR

BE IT ACKNOWLEDGED that, I David Waind of Nike USA, Inc. doing business as Nike Golf ("Nike Golf") at One Bowerman Drive, Beaverton, OR, the undersigned deponent, being of legal age, do hereby depose and say under oath as follows:

1. That, Nike Golf, is a named creditor in the above captioned bankruptcy case. The current address and contact information is as follows:

   David Waind
   Nike USA, Inc., dba Nike Golf
   One Bowerman Drive
   Beaverton, OR 97005-6453
   Telephone Number: (503) 532-7861

2. The Bankruptcy Trustee deposited unclaimed funds in the amount of $34,905.37 into the Court's registry fund on behalf of Nike Golf. The funds are due and owing to Nike Golf as a result of our claim against the above debtors.

3. Nike Golf has granted MCL Associates, Inc., of 125 Westchester Drive, Canton, MA 02021, a limited power of attorney to submit a Motion for Disbursement of Unclaimed Funds seeking payment of the $34,905.37 held in our name on deposit with the Court.

4. Nike Golf has not previously received remittance from the Court for this claim, nor has it contracted with any other party, other than MCL Associates to recover these funds.

I affirm that the foregoing is true, under the penalties of perjury this 21st day of May 2009.

By: _____
      David Waind

COUNTY OF  Washington

STATE OF  Oregon

On this 21st day of May, 2009, before me David Waind personally appeared and known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on this instrument, the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my and official seal.

_____
Notary Public



OFFICIAL SEAL
ADAM WHITE
NOTARY PUBLIC - OREGON
COMMISSION NO. 394626
MY COMMISSION EXPIRES JULY 6, 2009

FORM B10 (Official Form 10)(12/03)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF NORTH CAROLINA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Mark T. Svirchev<br>Jeanne D. Svirchev | Case Number<br>03-33892 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Nike Golf | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>03-33892<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>1851414 |
|---|---|---|
| Name and Address where notices should be sent:<br><br>Nike Golf<br>One Bowerman Dr.<br>Beaverton, OR 97005-6453<br>Attn: Katie Scott<br><br>Telephone Number: 866-631-6453 x 329714 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>38118 | Check here if ☐ replaces<br>this claim       a previously filed claim, dated:_____<br>         ☐ amends | |

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)           (date)

**2. Date debt was incurred:** 2002 - 2003

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 33,079.69  _____  _____  33,079.69
                                                (unsecured)   (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
  ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 33,079.69

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED
Clk. US Bankruptcy Court
JAN 13 2004
TMA
WDNC Charlotte, NC

| Date<br>1/9/04 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): David Wand<br>Customer Financial Services Manager |
|---|---|

019747  alty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



FILED & JUDGMENT ENTERED
David E. Weich

Mar 27 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:  Mark T. Svirchev             )
        Jeanne D. Svirchev           )
                                     )
                                     )   Case No: 03-33892
                                     )   Chapter 7
                                     )
                                     )
            Debtor(s)                )

## ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $ __48,727.99__ in the trustee's account which was disbursed to claimants listed below at the addresses listed below; however, the checks having been returned to the trustee unpaid with no explanation, and it being in the best interest of the estate for this amount to be paid into the court pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Nike Golf<br>Atn: Kathy Scott<br>One Bowerman Dr.<br>Beaverton, OR  97005-6543 | $34,905.37 |
| Fleet Credit Card Svcs, LP<br>PO Box 1016<br>Horsham, PA  19044 | $11399.89 |
| Bell South Adv & Pub<br>PO Box 105852<br>Atlanta, GA  30348-5852 | $2422.73 |

It is therefore, **ORDERED** that the sum of $\underline{\quad 48727.99 \quad}$, representing funds unclaimed by the above referenced claimants, be paid into the court and disposed of pursuant to 28 U.S.C. § 2042.

This Order has been signed             United States Bankruptcy Court
electronically. The judge's
signature and court's seal
appear at the top of the Order.