

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 03−33892
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark T. Svirchev | Jeanne D. Svirchev |
| aka corp. officer of Golf Visions, Inc., dba Golf USA | aka corp. officer of Golf Visions, Inc., dba Golf USA |
| 9128 Park Grove St. | 9128 Park Grove St. |
| Huntersville, NC 28078 | Huntersville, NC 28078 |
| Social Security No.: xxx−xx−7760 | Social Security No.: xxx−xx−1673 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Pay Unclaimed Funds filed in the above referenced case on 06/03/2009 as document # 50 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

**PLEASE TAKE NOTICE** that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: June 4, 2009                                                                               David E. Weich
                                                                                                              Clerk of Court

Electronically filed and signed (6/4/09)